**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re    
**Arias, Juan**

Case No. **1:16-bk-45290**

Chapter . **7**

Debtor(s).

*Please Check the Appropriate Box.*
*For Debtor:*

[ ]    Payment Advices are Attached. _____
- Number of Payment Advices Attached:
- Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
- Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition:_____

_____

*For Debtor:*

[ ]    No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).
[ ]    No Payment Advices are Attached for Some Other Reason. (Attach an explanation)

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:    */s/ Juan Arias*    Date:    **December 27, 2016**

Payment Advices Cover Sheet 4/11/06                    Deputy Clerks Initials:_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION.
-------------------------------------------------------------X

IN RE:

    Juan Arias
        Debtor(s)

-------------------------------------------------------------X

Chapter 7

Case No.: 16-45290

## AFFIDAVIT FOR INCOME

I, Juan Arias, hereby swear I have not worked for the past two years and that I have received $200 from my parents and brother monthly.

*(signed)* Juan Arias
3717 62nd St, Fl 2
Woodside, New York, 11377-2622

JEETENDRA J. RAMSUNDAR
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6139075
Qualified in Queens County
My Commission Expires December 31, 2017

02 DEC 2016